UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN,<br><br>Plaintiff,<br><br>vs.<br><br>TAMARA L. BLEVINS, et al.,<br><br>Defendants. | Case No. 2:17-cv-01223-RFB-NJK<br><br>ORDER |

Pending before the Court is a discovery plan, Docket No. 18, which is hereby **DENIED** without prejudice. Among other issues, the discovery plan seeks a 244-day discovery period, well beyond the presumptively-reasonable 180-day discovery period, but fails to request special scheduling review or provide any explanation for that request. *See id.* at 2 (simply stating that there will be numerous depositions and extensive discovery).

The parties shall file a discovery plan that complies with the local rules by August 10, 2017.

IT IS SO ORDERED.

DATED: August 7, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge