1  Adam P. Segal, Esq.
   Nevada Bar No. 6120
2  Bryce C. Loveland, Esq.
   Nevada Bar No. 10132
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   100 North City Parkway, Suite 1600
4  Las Vegas, Nevada 89106-4614
   Telephone: 702.382.2101
5  Facsimile:  702.382.8135
   Email: asegal@bhfs.com
6  Email: bcloveland@bhfs.com

7  Attorneys for Plaintiff

8
                    **UNITED STATES DISTRICT COURT**
9
10                         **DISTRICT OF NEVADA**

11 BOARD OF TRUSTEES OF THE                    CASE NO.: 2:17-CV-01223-RFB-NJK
   PLUMBERS AND PIPEFITTERS UNION
12 LOCAL 525 PENSION PLAN,                     **STIPULATION AND ORDER TO**
                                               **EXTEND RESPONSE DEADLINES**
13                              Plaintiff,
                                               **[FIRST REQUEST]**
14 v.

15 TAMARA L. BLEVINS, as an individual;
   TAMARA L. BLEVINS, as the Court-
16 Appointed Personal Representative of the
   Estate of Lawrence R. Brosi; ZENITH
17 AMERICAN SOLUTIONS, INC., a Maryland
   corporation; THE PEOPLES STATE BANK,
18 an Indiana corporation,

19                              Defendants.

20         Plaintiff, the Board of Trustees of the Plumbers and Pipefitters Union Local 525 Pension

21 Plan (the "Trust") and Defendant The Peoples State Bank ("PSB") by and through their

22 undersigned counsel of record, stipulate and request an order extending the Trust's response

23 deadline to PSB's Motion to Dismiss [ECF No. 38, filed November 1, 2017] by 14 (fourteen)

24 days from November 15, 2017, to November 29, 2017. The parties also stipulate and request that

25 PSB's reply in support of its Motion to Dismiss be due on December 6, 2017.

26         The parties also stipulate and request an order extending the Trust's response deadline to

27 PSB's Motion to Quash Summons [ECF No. 35, filed October 30, 2017] by sixteen (16) days

28

16145871                                      1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101

1  from November 13, 2017, to November 29, 2017. The parties also stipulate and request that

2  PSB's reply in support of its Motion to Quash Summons be due on December 6, 2017.

3      The motions filed on October 30, 2017 [ECF 35] and November 1, 2017 [ECF 38] are

4  identical.  Based on the Court's Notice of Non Compliance with LR IC 2-2 and FRCP 7 [ECF

5  No. 37], the Trust's counsel was under the impression that both the Motion to Quash Summons

6  and Motion to Dismiss were considered filed on November 1, 2017, and calculated that

7  responsive pleading to both the Motion to Quash and the Motion to Dismiss as being due on

8  November 15, 2017. It has now come to the Trust counsel's attention that the Motion to Quash

9  Summons may have been considered filed on October 30, 2017, and that a responsive pleading

10 would have been due on November 13, 2017. Because both the Motion to Quash Summons and

11 the Motion to Dismiss request substantially the same relief, an extension to respond to the Motion

12 to Quash Summons will not cause undue delay or inefficiency.

13 / / /

14 / / /

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

16145871

2

The pending extension request will have no prejudice on the pending discovery cutoff deadlines and is not sought for an improper purpose or delay.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KAEMPFER CROWELL |
|---|---|
| /s/ Bryce C. Loveland | /s/ Joni Jamison |
| Adam P. Segal, Esq. | Robert McCoy, Esq. |
| Nevada Bar No. 6120 | Nevada Bar No. 9121 |
| Bryce C. Loveland, Esq. | Joni A. Jamison, Esq. |
| Nevada Bar No. 10132 | Nevada Bar No. 11614 |
| 100 North City Parkway, Suite 1600 | 1980 Festival Plaza Drive, Suite 650 |
| Las Vegas, Nevada 89106-4614 | Las Vegas, Nevada 89135 |
| Telephone: (702) 382-2101 | Telephone: (702) 792-7000 |
| Facsimile: (702) 382-8135 | Facsimile: (702) 796-7181 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant, The Peoples State Bank |
| | |
| Dated:  November 15, 2017 | Dated:  November 15, 2017 |

**O R D E R**

**IT IS SO ORDERED that the Trust's responses to the PBS's Motion to Dismiss and Motion to Quash Summons are due November 29, 2017, and PBS's replies in support to the Motions are due December 6, 2017.**

RICHARD F. BOULWARE, II
United States District Judge

**CASE NO: 2:17-CV-01223-RFB-NJK**

**DATED:** November 16, 2017.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 NORTH CITY PARKWAY, SUITE 1600
LAS VEGAS, NV 89106
(702) 382-2101