# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN,
Plaintiff(s),

vs.

TAMARA L. BLEVINS, et al.,
Defendant(s).

Case No. 2:17-cv-01223-RFB-NJK

ORDER

Each non-governmental party is required to file a certificate of interested parties concurrently with its first appearance in a case. Fed. R. Civ. P. 7.1(b)(1); Local Rule 7.1-1(c) (amended effective May 1, 2016). Defendant Tamara L. Blevins failed to file a certificate of interested parties. Accordingly, Defendant Blevins must file a certificate of interested parties no later than December 15, 2017.

IT IS SO ORDERED.

Dated: November 28, 2017

_____
Nancy J. Koppe
United States Magistrate Judge