Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN,<br><br>Plaintiff,<br><br>v.<br><br>TAMARA L. BLEVINS, as an individual; TAMARA L. BLEVINS, as the Court-Appointed Personal Representative of the Estate of Lawrence R. Brosi; ZENITH AMERICAN SOLUTIONS, INC., a Maryland corporation; THE PEOPLES STATE BANK, an Indiana corporation,<br><br>Defendants. | CASE NO.: 2:17-CV-01223-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS THE PEOPLES STATE BANK WITHOUT PREJUDICE**<br><br>**[FIRST REQUEST]** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff, the Board of Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan (the "Trust"); Defendant Zenith American Solutions, Inc., ("ZAS"); Defendant The Peoples State Bank ("PSB") by and through their undersigned counsel of record and Defendant Tamara Blevins ("Blevins") pro se, hereby stipulate and agree, subject to the Court's approval, that this action and only the claims against

/ / /

/ / /

/ / /

/ / /

16183435        1

the Defendant The Peoples State Bank be dismissed without prejudice, with the parties each bearing their own attorney's fees and costs incurred in this action.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | GORDON & REES LLP |
|---|---|
| /s/ Bryce C. Loveland | /s/ Susan L. Meter |
| Adam P. Segal, Esq.<br>Bryce C. Loveland, Esq.<br>100 North City Parkway, Suite 1600<br>Las Vegas, Nevada 89106-4614<br>Telephone: (702) 382-2101<br>Facsimile: (702) 382-8135 | Susan L. Meter, Esq.<br>Craig J. Mariam, Esq.<br>300 South Fourth Street, Suite 1550<br>Las Vegas, Nevada 89101<br>Telephone: (702) 577-9300<br>Facsimile: (702) 255-2858 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Zenith American Solutions, Inc.* |
| Dated: December 1, 2017 | Dated: December 1, 2017 |
| KAEMPFER CROWELL | |
| /s/ Joni A. Jamison | /s/ Tamara L. Blevins |
| Robert McCoy, Esq.<br>Joni A. Jamison, Esq.<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>Telephone: (702) 792-7000<br>Facsimile: (702) 796-7181 | Tamara L. Blevins<br>1157 West Rogers Road<br>Bloomington, IN 47403<br>*Pro Se Defendant*<br>Dated: December 1, 2017 |
| *Attorneys for Defendant, The Peoples State Bank* | |
| Dated: December 1, 2017 | |

**O R D E R**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

**CASE NO: 2:17-CV-01223-RFB-NJK**

**DATED:** __December 4, 2017.__