Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN,<br><br>Plaintiff,<br><br>v.<br><br>TAMARA L. BLEVINS, as an individual; TAMARA L. BLEVINS, as the Court-Appointed Personal Representative of the Estate of Lawrence R. Brosi; ZENITH AMERICAN SOLUTIONS, INC., a Maryland corporation; THE PEOPLES STATE BANK, an Indiana corporation,<br><br>Defendants. | CASE NO.: 2:17-CV-01223-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINES**<br><br>**[FIRST REQUEST]** |

Plaintiff, the Board of Trustees of the Plumbers and Pipefitters Union Local 525 Pension Plan (the "Trust") by and through their undersigned counsel of record, and Pro Se Defendant Tamara L. Blevins ("Blevins), stipulate and request an order extending the Trust's response deadline to Blevins's Motion to Dismiss and Motion to Dismiss for Lack of Jurisdiction [ECF No. 45, filed November 20, 2017] by 30 (thirty) days from December 4, 2017, to January 3, 2018. The parties also stipulate and request that Blevins's reply in support of its Motion to Dismiss and Motion to Dismiss for Lack of Jurisdiction be due on January 10, 2018.

.

16192767    1

The pending extension request will have no prejudice on the pending discovery cutoff deadlines and is not sought for an improper purpose or delay.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

/s/ Bryce C. Loveland
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiff

Dated: December 4, 2017

/s/ Tamara L. Blevins
Tamara L. Blevins
1157 West Rogers Road
Bloomington, IN 47403

Pro Se Defendant

Dated: December 4, 2017

**O R D E R**

**IT IS SO ORDERED that the Trust's responses to the Blevins's Motion to Dismiss and Motion to Dismiss for Lack of Jurisdiction are due January 3, 2018, and Blevins's replies in support to the Motions are due January 10, 2017.**

RICHARD F. BOULWARE, II
United States District Judge

**CASE NO: 2:17-CV-01223-RFB-NJK**

**DATED:** December 7, 2017.

16192767

2