UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE PLUMBERS AND PIPEFITTERS UNION LOCAL 525 PENSION PLAN,<br><br>Plaintiff(s),<br><br>v.<br><br>TAMARA L. BLEVINS, et al.,<br><br>Defendant(s). | Case No. 2:17-cv-01223-RFB-NJK<br><br>ORDER |

On April 10, 2018, Defendant Tamara L. Blevins filed a notice of submission of responses to discovery requests. Docket No. 60. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered by the Court in this case. Accordingly, the Court **STRIKES** Docket No. 60, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: April 11, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge